UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GRANITE STATE INSURANCE CO.,           :
                                       :
                     Plaintiff,        :   23 Civ. No. 7769 (ALC) (GS)
                                       :
       - against -                     :   ORDER
                                       :
KM TACTICAL LLC,                       :
                                       :
                     Defendant.        :
-------------------------------------------------------------x

**GARY STEIN, United States Magistrate Judge:**

As discussed during the January 4, 2024 conference held before the undersigned, the parties shall adhere to the following briefing schedule with respect to Defendant's motion to transfer venue: Defendant's moving papers are due on **February 16, 2024**; Plaintiff's opposition papers are due on **March 22, 2024**; and Defendant's reply papers, if any, are due on **April 5, 2024**. As was agreed to by the parties, discovery is held in abeyance pending the Court's resolution of the motion to transfer venue. Furthermore, the initial case management conference that was scheduled for January 4, 2024 is adjourned *sine die*.

**SO ORDERED.**

DATED:   New York, New York
         January 4, 2024

                                          _____
                                          GARY STEIN
                                          United States Magistrate Judge