UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**GRANITE STATE INSURANCE COMPANY,**

                **Plaintiff,**

         -against-

**KM TACTICAL, LLC,**

                **Defendant.**

------------------------------------------------------- x

**1:23-cv-07769 (ALC) (GS)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On October 10, 2024, Plaintiff filed a letter with this Court requesting a pre-motion conference on a proposed motion for partial summary judgment and a proposed motion to stay discovery pending resolution of that motion in this action. ECF No. 55. Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, DEFENDANT is ORDERED to respond to Plaintiff's letter motion by **October 18, 2024** indicating its position on Plaintiff's request for a pre-motion conference.

**SO ORDERED.**

Dated:   October 17, 2024
            New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**