UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**GRANITE STATE INSURANCE COMPANY,**

                          **Plaintiff,**

                   **-against-**

**KM TACTICAL, LLC,**

                          **Defendant.**

------------------------------------------------------- x

**1:23-cv-07769 (ALC) (GS)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 1, 2024, Proposed Intervenor Berkshire Hathaway Specialty Insurance Company filed a letter with this Court requesting a pre-motion conference on a proposed motion to intervene in this action pursuant to Fed. R. Civ. P. 24(b). ECF No. 53. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must within three business days submit a letter, not to exceed three pages, setting forth its position. On October 10, 2024, Plaintiff submitted a letter which responded to this request. ECF No. 55. Accordingly, DEFENDANT is ORDERED to respond to Proposed Intervenor's letter motion by **October 18, 2024** indicating its position on Proposed Intervenor's request for a pre-motion conference.

**SO ORDERED.**

**Dated:   October 17, 2024**
           **New York, New York**

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**