UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
:
**GRANITE STATE INSURANCE** :
**COMPANY,** :
:
                       **Plaintiff,** :       1: 23-cv-07769 (ALC) (GS)
:
            -against- :       <u>**AMENDED ORDER**</u>
:
**KM TACTICAL, LLC,** :
:
                     **Defendant.** :
:
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court amends its prior order in ECF No. 61 because the Court is replacing its telephonic conference system. The Court will hold a telephonic conference in this action on **December 4, 2024 at 3:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: **2319 454 5869#**).

SO ORDERED.

Dated:    **November 25, 2024**
              **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**