UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

GRANITE STATE INSURANCE
COMPANY,

      Plaintiff,

   -against-

KM TACTICAL, LLC,

      Defendant.

---------------------------------------------------------- x

1: 23-cv-07769 (ALC) (GS)

**AMENDED ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court amends its prior order in ECF No. 61 because the Court is replacing its telephonic conference system. The Court will hold a telephonic conference in this action on **December 4, 2024 at 3:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-650-479-3207** (access code: 2319 454 5869#).

**SO ORDERED.**

Dated: **December 3, 2024**
    **New York, New York**

*/s/ Andrew L. Carter, Jr.*

            **ANDREW L. CARTER, JR.**
            **United States District Judge**