UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

**GRANITE STATE INSURANCE COMPANY,**

                    **Plaintiff,**

                 -against-

**KM TACTICAL, LLC,**

                    **Defendant.**

------------------------------------------------------- x

1:23-cv-07769 (ALC) (GS)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the request from potential Intervenor Plaintiff, Berkshire Hathaway Specialty Insurance Company, to file a motion to intervene. ECF No. 53. Potential Intervenor Plaintiff, Berkshire Hathaway Specialty Insurance Company, Inc., is **GRANTED** leave to file a motion to intervene. Berkshire Hathaway's opening brief is due by **January 10, 2025**. The Plaintiff, Defendant, and Berkshire Hathaway are ordered to submit a joint status report on **January 22, 2025**, with their positions on whether discovery is necessary to respond to the motion to intervene. In the meantime, discovery is stayed.

**SO ORDERED.**

Dated: **December 5, 2024**
         **New York, New York**

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**