UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
GRANITE STATE INSURANCE COMPANY,

                  **Plaintiff, and**

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY,

                  **Intervenor Plaintiff,**

                  -against-

KM TACTICAL, LLC,

                  **Defendant.**
-------------------------------------------------------- x

1:23-cv-07769 (ALC) (GS)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As ordered during today's conference, the Court accepts Defendant's withdrawal of the proposed motion to dismiss the intervenor complaint and denies leave to file the motion to dismiss as moot. ECF No. 84. Further, the Court grants Defendant leave to amend its counterclaims. Defendant shall file its answer and amended counterclaims on or before **August 19, 2025**. ECF No. 89.

Regarding Defendant's request for discovery, *see* ECF No. 89, and the requests from Plaintiff and Intervenor Plaintiff to file motions for partial summary judgment on the duty to defend, *see* ECF Nos. 90–91, the Court grants Plaintiff and Intervenor Plaintiff leave to file their motions. The parties shall file a joint status report on or before **September 10, 2025** regarding whether the motions will relate to the amended counterclaims and set forth a proposed briefing schedule for the opening briefs. Two weeks after the filing of the opening briefs, Defendant shall file a letter on whether discovery is necessary and the basis to support such a request. Plaintiff and

Intervenor Plaintiff shall respond to Defendant's letter one week later. Defendant's obligation to otherwise respond to the motions for partial summary judgment will be stayed until the Court resolves the discovery dispute.

**SO ORDERED.**

**Dated:** **August 5, 2025**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**