**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

GRANITE STATE INSURANCE
COMPANY,

          **Plaintiff, and**

BERKSHIRE HATHAWAY SPECIALTY
INSURANCE COMPANY,

          **Intervenor Plaintiff,**

          **-against-**

KM TACTICAL, LLC,

          **Defendant.**

------------------------------------------------------------ x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

**1:23-cv-07769 (ALC) (GS)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court grants Plaintiff Granite State Insurance Company and Intervenor-Plaintiff Berkshire Hathaway Specialty Insurance Company (together the "Insurers") leave to file their motions for partial summary judgment. The Insurers shall file their motions on or before **November 14, 2025**. Consistent with this Court's order at ECF No. 93, Defendant KM Tactical shall file a letter on whether discovery is necessary to respond to the motions and the basis to support such a request by **November 28, 2025**. The Insurers shall respond to Defendant's letter by **December 5, 2025**.

**SO ORDERED.**

Dated:    **October 2, 2025**
          **New York, New York**

_____
      **ANDREW L. CARTER, JR.**
      **United States District Judge**

2